

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2013

No. 04-12-00451-CR and 04-12-00452-CR

Hector Augusto **GRAMAJO**,
Appellant

v.

The **STATE** of Texas,
Appellee/s

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR9358 and 2009CR9359
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant is represented on appeal by court-appointed counsel, Judith Wemmert. Appellant's brief was due in these appeals on January 31, 2013. Appellant's counsel failed to file appellant's brief or a motion for extension of time. Therefore, on February 12, 2013, the clerk of this court sent appellant's counsel a notice of late brief. Again, appellant's counsel failed to file appellant's brief or a motion for extension of time. On March 20, 2013, we suspended all appellate deadlines, abated these appeals, and remanded these cases to the trial court. We ordered the trial court to hold a hearing to determine whether (1) appellant desired to prosecute this appeal, (2) whether appellant was indigent, and (3) whether counsel had abandoned these appeals. We ordered the trial court to file written findings of fact and conclusions of law no later than thirty days from the date of our order. We further ordered the trial court clerk and the court reporter to file supplemental records no later than twenty days after the date of the hearing.

On April 19, 2013, the trial court clerk and the court reporter filed supplemental records. The clerk's record contains written findings of fact and conclusions of law filed by the trial court. In these findings of fact and conclusions of law, the trial court found that (1) appellant desires to prosecute this appeal, (2) appellant remains indigent, and (3) appellant's counsel has not abandoned this appeal. The supplemental reporter's record shows that appellant's counsel represented to the trial court that appellant's brief will be filed in this court by May 1, 2013.

We, therefore, ORDER appellant's court-appointed counsel, Judith Wemmert, to file appellant's brief in this court or before **May 1, 2013.** Our previous order suspending all appellate deadlines is LIFTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23th day of April, 2013.

_____

Keith E. Hottle
Clerk of Court

*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas
April 23, 2013
No. 04-12-00451-CR and 04-12-00452-CR

Hector Augusto **GRAMAJO**,
Appellant/s
v.
The **STATE** of Texas,
Appellee/s

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR9358 and 2009CR9359
Honorable Mary D. Roman, Judge Presiding

# **ORDER**

Appellant is represented on appeal by court-appointed counsel, Judith Wemmert. Appellant's brief was due in these appeals on January 31, 2013. Appellant's counsel failed to file appellant's brief or a motion for extension of time. Therefore, on February 12, 2013, the clerk of this court sent appellant's counsel a notice of late brief. Again, appellant's counsel failed to file appellant's brief or a motion for extension of time. On March 20, 2013, we suspended all appellate deadlines, abated these appeals, and remanded these cases to the trial court. We ordered the trial court to hold a hearing to determine whether (1) appellant desired to prosecute this appeal, (2) whether appellant was indigent, and (3) whether counsel had abandoned these appeals. We ordered the trial court to file written findings of fact and conclusions of law no later than thirty days from the date of our order. We further ordered the trial court clerk and the court reporter to file supplemental records no later than twenty days after the date of the hearing.

On April 19, 2013, the trial court clerk and the court reporter filed supplemental records. The clerk's record contains written findings of fact and conclusions of law filed by the trial court. In these findings of fact and conclusions of law, the trial court found that (1) appellant desires to prosecute this appeal, (2) appellant remains indigent, and (3) appellant's counsel has not abandoned this appeal. The supplemental reporter's record shows that appellant's counsel represented to the trial court that appellant's brief will be filed in this court by May 1, 2013.

We, therefore, ORDER appellant's court-appointed counsel, Judith Wemmert, to file appellant's brief in this court or before **May 1, 2013.** Our previous order suspending all appellate deadlines is LIFTED.

/s/Karen Angelini
Karne Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23th day of April, 2013.

/s/Keith E. Hottle_
Keith E. Hottle
Clerk of Court

ENTERED THIS 23RD DAY OF APRIL, 2013.

VOL. _____ PAGE _____